# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>JOHN COSCETTE<br>SSAN: XXX-XX-2914<br><br>MARIANELA COSCETTE<br>SSAN: XXX-XX-6626<br><br>Debtor(s) | Case No. 16-33411-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on December 01, 2016.

2. The debtor(s) §341 Meeting of Creditors was held January 17, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) Debtors did not amend Schedule I to reflect the co-debtor's new employer and income.

(**X**) Debtors were to provide Trustee with a copy of the appraisal and deed for real property listed on Schedule A.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this February 01, 2017.

Sabrina L. McKinney  
Acting Chapter 13 Trustee

By: /s/*Tina J. Hayes*

Tina J. Hayes  
Staff Attorney

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this February 01, 2017.

Copy to: DEBTOR(S)  
        RICHARD D SHINBAUM

/s/*Tina J. Hayes*

Tina J. Hayes  
Staff Attorney